**From:** Catherine Haigh <cnhaigh@aol.com>
**To:** cnhaigh <cnhaigh@aol.com>; amy6smith <amy6smith@msn.com>; carolynmustin <carolynmustin@comcast.net>; mwdldd <mwdldd@comcast.net>; kbourneswan <kbourneswan@aol.com>; hookc <hookc@comcast.net>; silverayne <silverayne@msn.com>; cimc <cimc@wwdb.org>; traci.remley <traci.remley@gmail.com>; margrit15 <margrit15@msn.com>; kattaplin1 <kattaplin1@gmail.com>; julieannelawton <julieannelawton@gmail.com>; bensam12 <bensam12@comcast.net>; ruth-ppi <ruth-ppi@comcast.net>; granneegoosee <granneegoosee@aol.com>; mkrantz <mkrantz@comcast.net>; staciwiest <staciwiest@msn.com>; lharlas <lharlas@rocketmail.com>; kristin <kristin@thevintageglam.net>; phammett131 <phammett131@comcast.net>; 1fauxchix <1fauxchix@gmail.com>; kercamp <kercamp@aol.com>; gert <gert@artducoco.com>; shar8166 <shar8166@gmail.com>; sedilswor <sedilswor@aol.com>; gloria <gloria@centralcoahec.org>; jen_wolak <jen_wolak@yahoo.com>; plumcreekmermaid <plumcreekmermaid@gmail.com>; sugar1.mc <sugar1.mc@gmail.com>; panther699978 <panther699978@gmail.com>; sandradee3711 <sandradee3711@yahoo.com>
**Cc:** gtraylor <gtraylor@hotmail.com>
**Subject:** Updated Policies and Procedures Manual
**Date:** Sat, Jul 25, 2015 9:16 am
**Attachments:** Barn_Merchant_Policies_&_Procedures_Manual-__April_30_2015.docx (58K)



Hi Everyone,

I have updated our "Polices and Procedures" manual to reflect some recent changes in how we do business at The Barn.

Please do me a favor and read this manual as soon as reasonably possible and send me an email confirming that you have done so. I would also be interested in constructive comments about any policies or procedures that seem confusing or incomplete to you.

These policies and procedures are your guideline for doing business at The Barn. Working with your knowledge of these policies and procedures should assist you in making many (if not all) day to day decisions while you are working. Your working knowledge of this document only comes from reading it from time to time to remind you of the content.

Barnies...I am fully aware that there is a lot to remember when you are working at The Barn. Sometimes we get flustered and might forget something and that happens...we are all human. Nobody at The Barn is expected to be perfect.

By providing this manual I am giving you most of the parameters you need for your daily decision making when working at The Barn. If you make a *'best effort'* to solve a potential problem with a customer, a fellow Barnie or the use of the computer (a few examples) and you can demonstrate that you worked within the parameters of our Manual (and other instructions/information available to you) in your decision making process, you will not be held responsible for any potentially incorrect decisions. *It is when Barnies make decisions directly outside the policies and procedures that problems occur.*

I would like to be able to give all of you the confidence you need to work and do business at The Barn without feeling that you are always on the verge of doing something wrong and potentially being asked to leave. I'm sure we can all agree that this type of working atmosphere is stressful and, quite frankly, I am loath to let any Barnie go (unless it is a gross misconduct issue). Confidence in decision making when working with customers takes time and practice...all of you are capable of having that confidence....next time you are presented with a situation that is somewhat complicated, take a moment and breathe and think about the resources available to you to solve the potential problem. If you use the resources, you can't lose.

PLEASE read this attached manual every now and then and I promise you will gain the confidence you need to *'think on your feet'*.

Again...don't hesitate to write me with any comments, concerns (or possible additions) regarding this manual. A copy of the manual should be saved to the desk top of each computer for easy access. Every time I update the manual I will send everyone a completely new file.

Have a wonderful day,

Catherine 

**From:** Catherine Haigh <cnhaigh@aol.com>
**To:** lharlas <lharlas@rocketmail.com>
**Subject:** Re: Policies and procedures
**Date:** Sun, Jul 26, 2015 6:38 am

Thanks Linda!



(272)

-----Original Message-----
From: Linda Harlan's <lharlas@rocketmail.com>
To: Catherine Haigh <cnhaigh@aol.com>
Sent: Sat, Jul 25, 2015 9:40 pm
Subject: Policies and procedures

Hi Catherine,

I have read the updated procedure email! It seems fine to me, I have nothing to add.
We had a great Saturday at The Barn,

Linda

Sent from
my iPad